OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Cᴏᴜʀᴛ ᴏf Aᴘᴘᴇᴀʟs
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

February 20, 2026

Bradley R. Flynn, Esq.
Richard C. Landon, Esq.

RE: Matthew Donohue v. Capella University LLC, et al
Case Number: 25-2052
District Court Case Number: 2:22-cv-05634

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Friday, March 20, 2026** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **MATEY, FREEMAN and CHUNG, Circuit Judges.**

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By: Ashley
Calendar Clerk
267-299-4947